DELBELLO DONNELLAN WEINGARTEN　　　*Hearing Date: March 29, 2017*
WISE & WIEDERKEHR, LLP　　　　　　　　　*Hearing Time: 3:00 p.m.*
*Proposed Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Erica R. Aisner, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
In re:

                   Chapter 11
METRO NEWSPAPER ADVERTISING SERVICES, INC., Case No. 17-22445 (RDD)

         Debtor.
------------------------------------------------------------------------- X

## NOTICE OF HEARING ON DEBTOR'S FIRST DAY MOTIONS

**PLEASE TAKE NOTICE**, that upon the motions (the "First Day Motions") of the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, and its request for a hearing on shortened notice, the undersigned will move this Court, before the Honorable Sean H. Lane, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, Courtroom 701, New York, New York on the 29th day of March, 2017 at 3:00 p.m. (the "Hearing"), or as soon thereafter as counsel may be heard on:

1)  Motion for Authority to Obtain Credit in the Form of Factoring Arrangement and to Sell Accounts Receivable [Docket No. 3];

2)  Motion for Authorization for the Debtor to (1) pay and honor certain prepetition claims for (i) wages, salaries, employee benefits and other compensation, (ii) withholdings and deductions and (iii) reimbursable expenses; (2) continue to provide employee benefits in the ordinary course of business; (3) pay all related costs and expenses; and (B) directing banks to receive, process, honor and pay all checks presented for payment and electronic payment requests relating to the foregoing [Docket No. 7];

3) Application for Order Extending Time for Debtor to File Schedules of Assets and Liabilities and Statements of Financial Affairs [Docket No. 5]; and

4) Such other and further relief as is just and proper under the circumstances; and it is further

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the First Day Motions may be made orally at the Hearing, or made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, proposed attorneys for the Debtor, One North Lexington Avenue, 11th Floor, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq.

Dated: White Plains, New York
      March 27, 2017

                                  DELBELLO DONNELLAN WEINGARTEN
                                  WISE & WIEDERKEHR, LLP
                                  *Proposed Attorneys for the Debtor*
                                  One N Lexington Avenue
                                  White Plains, New York 10601
                                  (914) 681-0200

                                  By: */s/ Jonathan S. Pasternak*
                                            Jonathan S. Pasternak

TO:    Office of the U.S. Trustee
          5 Largest Secured Creditors
          20 Largest Unsecured Creditors
          All Parties Filing Notice of Appearance