CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman, Esq.

Attorneys for Hearst Corporation

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Metro Newspaper Advertising Services, Inc.

                 Debtor.

-------------------------------------------------------------X

Chapter 11
Case No.: 17-22445 (RDD)

**NOTICE OF
APPEARANCE
AND DEMAND FOR
NOTICES AND PAPERS**

SIRS:

    PLEASE TAKE NOTICE THAT Hearst Corporation ("Hearst") hereby appears in this case and hereby requests, pursuant to Section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or filed in the above-captioned action be given and served upon the persons listed below at the following address and telephone number:

        Matthew G. Roseman, Esq.
        Cullen and Dykman, LLP
        100 Quentin Roosevelt Boulevard
        Garden City, New York 11530
        Telephone: (516) 357-3700
        Email: mroseman@cullenanddykman.com

    PLEASE TAKE FURTHER NOTICE, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, monthly

operating report, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of the right of Hearst: (1) to have final orders in noncore matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Hearst is or may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Garden City, New York
March 29, 2017

CULLEN AND DYKMAN LLP

By: s/ Matthew G. Roseman
Matthew G. Roseman, Esq.
Attorneys for Hearst Corporation
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700

TO:

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
Attn: Serene K. Nakano

United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                      Chapter 11
                                                                                 Case No.: 17-22445 (RDD)

Metro Newspaper Advertising Services, Inc.          **AFFIDAVIT OF SERVICE**

                                    Debtor.
----------------------------------------------------------X
STATE OF NEW YORK         )
                                            ) ss.:
COUNTY OF NASSAU         )

        CYNTHIA VASQUEZ, being duly sworn, deposes and says:

        That she is over the age of 21 years, resides in Lindenhurst, New York and is not a party to this action.

        That on the 25th day of March, 2017, I served a **Notice Of Appearance And Demand For Notices And Papers** via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr, LLP
One North Lexington Avenue
White Plains, NY 10601

Office of the United States Trustee
U.S. Federal Office Building
201 Varick St., Room 1006
New York, New York 10014
Attn: Serene K. Nakano

United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10004

                                                                        _/s/ Cynthia Vasquez_
                                                                    CYNTHIA VASQUEZ

Sworn to before me this
29th day of March, 2017.

_/s/ Susan Carpenter_
Notary Public

SUSAN CARPENTER
Notary Public, State of New York
No. 01CA6309446
Qualified in Suffolk County
Commission Expires August 11, 2018