DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorney for the Debtor*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Jonathan S. Pasternak, Esq.
Erica Feynman Aisner, Esq.
(914) 681-0200
(914) 684-0288 Facsimile
jpasternak@ddw-law.com
eaisner@ddw-law.com

*Hearing Date: April 28, 2017*
*Hearing Time: 10:00 a.m.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

METRO NEWSPAPER ADVERTISING
SERVICES, INC,

                 Debtor.
------------------------------------------------------------------X

Chapter 11
Case No. 17-22445 (RDD)

### NOTICE OF HEARING ON SHORTENED NOTICE ON DEBTOR'S MOTION FOR AN ORDER (i) DETERMINING TRONC INC. TO BE IN WILLFUL VIOLATION OF THE AUTOAMTIC STAY AND (ii) DIRECTING TRONC INC. TO PAY THE DEBTOR'S COSTS AND FEES INCURRED IN CONNECTION WITH THIS MOTION PURSUANT TO THIS COURT'S CIVIL CONTEMPT POWERS AND 11 U.S.C. §§ 105(a) and 362(a)

**PLEASE TAKE NOTICE**, that the motion of the above-captioned debtor and debtor-in-possession Metro Newspaper Advertising Services, Inc. (the "Debtor"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, for entry of an Order (i) determining Tronc Inc. ("Tronc") to be in willful violation of the automatic stay and (ii) directing Tronc to pay the Debtor's legal fees and costs incurred in connection with this Motion pursuant to §§362(a) and 105(a) of title 11, United States Code, 11 U.S.C. § 101, et seq. (the "Bankruptcy Code") (the "Motion"), a hearing to consider the Motion will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300

Quarropas Street, Courtroom 118, White Plains, New York on the 28th day of April, 2017 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Motion may be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, attorneys for the Debtor, One North Lexington Avenue, 11th Floor, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq. so as to be received prior to the hearing, or raised orally at the hearing.

Dated:  White Plains, New York
        April 18, 2017

> DELBELLO DONNELLAN WEINGARTEN
> WISE & WIEDERKEHR, LLP
> *Attorneys for the Debtor*
> One North Lexington Avenue, 11th Floor
> White Plains, New York 10601
> (914) 681-0200
>
> By: */s/ Jonathan S. Pasternak*
>     Jonathan S. Pasternak

TO:   Office of the U.S. Trustee
      Tronc Inc.
      5 Largest Secured Creditors
      Counsel to Official Committee of Unsecured Creditors
      All Parties Filing Notice of Appearance