DELBELLO DONNELLAN WEINGARTEN  *Hearing Date: April 28, 2017*
WISE & WIEDERKEHR, LLP  *Hearing Time: 9:59 a.m.*
*Attorney for the Debtor*
One North Lexington Avenue, 11th Floor
White Plains, New York 10601
Jonathan S. Pasternak, Esq.
Erica Feynman Aisner, Esq.
(914) 681-0200
(914) 684-0288 Facsimile
jpasternak@ddw-law.com
eaisner@ddw-law.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                Chapter 11

METRO NEWSPAPER ADVERTISING    Case No. 17-22445 (RDD)
SERVICES, INC,

                       Debtor.
-------------------------------------------------------------------X

**NOTICE OF HEARING ON DEBTOR'S REQUEST FOR
EMERGENCY HEARING ON SHORTENED NOTICE TO
CONSIDER DEBTOR'S MOTION FOR AN ORDER (i)
DETERMINING TRONC INC. TO BE IN WILLFUL VIOLATION
OF THE AUTOAMTIC STAY AND (ii) DIRECTING TRONC INC.
TO PAY THE DEBTOR'S COSTS AND FEES AND
COMPENSATORY DAMAGES INCURRED IN CONNECTION
WITH THIS MOTION PURSUANT TO THIS COURT'S CIVIL
<u>CONTEMPT POWERS AND 11 U.S.C. §§ 105(a) and 362(a)</u>**

      **PLEASE TAKE NOTICE**, that upon the motion of the above-captioned debtor and debtor-in-possession Metro Newspaper Advertising Services, Inc. (the "<u>Debtor</u>"), by its attorneys, DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, dated April 18, 2017, for entry of an Order (i) determining Tronc Inc. ("<u>Tronc</u>") to be in willful violation of the automatic stay and (ii) directing Tronc to pay the Debtor's legal fees and costs incurred and compensatory damages resulting from Tronc's misconduct in connection with this Motion pursuant to §§362(a) and 105(a) of title 11, United States Code, 11 U.S.C. § 101, et seq. (the "<u>Bankruptcy Code</u>") (the

"Motion"), a hearing to consider the Debtor's request to hear the Motion on shortened notice will be held before the Honorable Robert D. Drain, United States Bankruptcy Judge, at the United States Bankruptcy Court, 300 Quarropas Street, Courtroom 118, White Plains, New York 10601 on the 28th day of April, 2017 at 9:59 a.m., or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Debtor's request for the Motion to be heard on shortened notice may be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, attorneys for the Debtor, One North Lexington Avenue, 11th Floor, White Plains, New York 10601, Attn: Jonathan S. Pasternak, Esq. so as to be received prior to the hearing, or raised orally at the hearing.

Dated:  White Plains, New York
        April 19, 2017

                              DELBELLO DONNELLAN WEINGARTEN
                              WISE & WIEDERKEHR, LLP
                              *Attorneys for the Debtor*
                              One North Lexington Avenue, 11th Floor
                              White Plains, New York 10601
                              (914) 681-0200

                              By: */s/ Jonathan S. Pasternak*
                                   Jonathan S. Pasternak

TO:   Office of the U.S. Trustee
      Tronc Inc.
      5 Largest Secured Creditors
      Counsel to Official Committee of Unsecured Creditors
      All Parties Filing Notice of Appearance