UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                         )        Chapter 11
                                                               )
METRO NEWSPAPER ADVERTISING                                    )        Case No.: 17-22445 (RDD)
SERVICES, INC.                                                 )
                                                               )
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, William E. Kelleher, Jr., request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent tronc, Inc., a party in interest in the above-referenced case.

**I certify that I am a member in good standing** of the bar of the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Western District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: April 27, 2017                         Respectfully submitted,

                                              COHEN & GRIGSBY, P.C.


                                              By: */s/William E. Kelleher, Jr.*
                                                  William E. Kelleher, Jr.
                                                  Pa. Id. No. 30747
                                                  625 Liberty Avenue
                                                  Pittsburgh, PA 15222-3152
                                                  wkelleher@cohenlaw.com
                                                  Telephone: 412-297-4703
                                                  Facsimile:  412-209-1997

CERTIFICATE OF SERVICE

      The undersigned does hereby certify that a true and correct copy of the foregoing Motion for Admission to Practice, *Pro hac vice* was electronically filed on this 27th day of April 2017 and accordingly was electronically served upon all parties currently registered to receive electronic notices via this Court's ECF system. In addition, a copy of the same was served upon the following parties via U.S. First Class Mail.

                                                  /s/William E. Kelleher, Jr.
                                                  William E. Kelleher, Jr.

Counsel to Debtors:

| | |
|---|---|
| Jonathan S. Pasternak<br>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 681-0200<br>Fax : (914) 684-0288<br>Email: jpasternak@ddw-law.com | Metro Newspaper Advertising Services, Inc.<br>28 Wells Avenue,<br>Building 3, 4th Floor<br>Yonkers, NY 10701 |

Proposed Counsel to Official Committee of Unsecured Creditors

| | |
|---|---|
| Kenneth A. Rosen<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Rosaland, NJ 07068<br>(973) 597-2548<br>Fax : (973) 597-2549<br>Email: krosen@lowenstein.com | |

Counsel to the U.S. Trustee:

| | |
|---|---|
| Serene K. Nakano<br>U.S. Department of Justice<br>United States Trustee<br>Office of the United States Trustee U.S.<br>Federal Office Building<br>201 Varick St., Room 1006<br>New York, NY 10014<br>(212) 510-0500<br>Fax : (212) 668-2255<br>Email: serene.nakano@usdoj.gov | |