UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re:                                                  )      Chapter 11
                                                        )
METRO NEWSPAPER ADVERTISING              )      Case No.: 17-22445 (RDD)
SERVICES, INC.                                   )
                                                        )
---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Helen Sara Ward, request admission, *pro hac vice*, before the Honorable Robert D. Drain, to represent tronc, Inc., a party in interest in the above-referenced case.

**I certify that I am a member in good standing** of the bar of the Commonwealth of Pennsylvania and the bar of the U.S. District Court for the Western District of Pennsylvania.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated:  April 27, 2017                    Respectfully submitted,

                                          COHEN & GRIGSBY, P.C.


                                          By: */s/Helen Sara Ward*
                                              Helen Sara Ward
                                              Pa. Id. No. 204088
                                              625 Liberty Avenue
                                              Pittsburgh, PA 15222-3152
                                              hward@cohenlaw.com
                                              Telephone: 412-297-4648
                                              Facsimile:  412-209-1965

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing Motion for Admission to Practice, *Pro hac vice* was electronically filed on this 27th day of April 2017 and accordingly was electronically served upon all parties currently registered to receive electronic notices via this Court's ECF system. In addition, a copy of the same was served upon the following parties via U.S. First Class Mail.

*/s/Helen Sara Ward*
Helen Sara Ward

Counsel to Debtors:

| | |
|---|---|
| Jonathan S. Pasternak<br>DelBello Donnellan Weingarten Wise & Wiederkehr, LLP<br>One North Lexington Avenue<br>White Plains, NY 10601<br>(914) 681-0200<br>Fax : (914) 684-0288<br>Email: jpasternak@ddw-law.com | Metro Newspaper Advertising Services, Inc.<br>28 Wells Avenue,<br>Building 3, 4th Floor<br>Yonkers, NY 10701 |

Proposed Counsel to Official Committee of Unsecured Creditors

| | |
|---|---|
| Kenneth A. Rosen<br>Lowenstein Sandler LLP<br>65 Livingston Avenue<br>Rosaland, NJ 07068<br>(973) 597-2548<br>Fax : (973) 597-2549<br>Email: krosen@lowenstein.com | |

Counsel to the U.S. Trustee:

| | |
|---|---|
| Serene K. Nakano<br>U.S. Department of Justice<br>United States Trustee<br>Office of the United States Trustee<br>U.S. Federal Office Building<br>201 Varick St., Room 1006<br>New York, NY 10014<br>(212) 510-0500<br>Fax : (212) 668-2255<br>Email: serene.nakano@usdoj.gov | |