# EXHIBIT B

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

Page   1

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286331<br>ALBANY HLD DEM./CORVALLIS GAZ | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 413.45 | 351.43 |
| PO# 286690<br>AMARILLO GLOBE NEWS | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 360.19 | 306.16 |
| PO# 287227<br>ANDERSON INDEPENDENT MAIL | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 100.20 | 85.17 |
| PO# 287228<br>APPLETON POST-CRESCENT | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 177.60 | 150.96 |
| PO# 286332<br>ARIZONA DAILY STAR | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 583.47 | 495.95 |
| PO# 286333<br>ARIZONA DAILY SUN | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 359.33 | 305.43 |
| PO# 287035<br>ARIZONA REPUBLIC | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 1,190.04 | 1,011.53 |
| PO# 287038<br>ASHEVILLE CITIZEN-TIMES | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 147.74 | 125.58 |
| PO# 286682<br>ATHENS BANNER HERALD | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 276.65 | 235.15 |
| PO# 286683<br>AUGUSTA CHRONICLE | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 386.93 | 328.89 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N A | |

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

Page  2

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286334<br>BARABOO NEWS REPUBLIC | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 153.45 | 130.43 |
| PO# 287041<br>BATTLE CREEK ENQUIRER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 56.39 | 47.93 |
| PO# 286337<br>BEAVER DAM CITIZEN | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 230.18 | 195.65 |
| PO# 286673<br>BELLEVILLE NEWS DEMOCRAT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 309.78 | 263.31 |
| PO# 286226<br>BIRMINGHAM NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 503.05 | 427.59 |
| PO# 286341<br>BISMARCK TRIBUNE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 229.72 | 195.26 |
| PO# 286344<br>BLOOMINGTON PANTAGRAPH | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 690.54 | 586.96 |
| PO# 6674557<br>BOSTON GLOBE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 3,377.18 | 2,870.60 |
| PO# 287016<br>BOSTON HERALD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 665.68 | 565.83 |
| PO# 287042<br>BUCYRUS TELEGRAPH FORUM | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 18.58 | 15.79 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

Invoice#.... R2CG.91456          Page    3
Invoice Date  3/03/2017
Due Date.... 4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286982<br>BURLINGTON TIMES NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 306.91 | 260.87 |
| PO# 287015<br>BUTLER EAGLE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 529.41 | 450.00 |
| PO# 286387<br>CARLISLE SENTINEL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 281.33 | 239.13 |
| PO# 286388<br>CASPER STAR TRIBUNE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 453.96 | 385.87 |
| PO# 287231<br>CHERRY HILL COURIER POST | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 187.47 | 159.35 |
| PO# 286967<br>CHICAGO TRIBUNE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 2,122.40 | 1,804.04 |
| PO# 287050<br>CHILLICOTHE GAZETTE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 39.31 | 33.41 |
| PO# 287051<br>CINCINNATI ENQUIRER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 540.33 | 459.28 |
| PO# 287014<br>CLARKSBURG EXPONENT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 360.00 | 306.0C |
| PO# 287232<br>CLARKSVILLE LEAF CHRONICLE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 53.47 | 45.45 |

# Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

Page   4

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286296<br>CLEVELAND PLAIN DEALER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 3,756.86 | 3,193.33 |
| PO# 286660<br>COLUMBIA STATE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 390.78 | 332.16 |
| PO# 286391<br>COLUMBUS TELEGRAM | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 196.93 | 167.39 |
| PO# 286392<br>COOS BAY WORLD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 242.96 | 206.52 |
| PO# 287013<br>DAYTON DAILY NEWS (OH) | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 405.84 | 344.96 |
| PO# 286393<br>DECATUR HERALD & REVIEW | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 249.08 | 211.72 |
| PO# 286303<br>DELAWARE COUNTY DAILY TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 186.94 | 158.90 |
| PO# 287296<br>DENVER POST METRO PAPERS COMBO | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 2,629.67 | 2,235.22 |
| PO# 287054<br>DETROIT NEWS & FREE PRESS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,618.11 | 1,375.39 |
| PO# 286396<br>ELKO DAILY FREE PRESS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 179.02 | 152.1 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

```
                        Invoice#.... R2CG.91456        Page   5
                        Invoice Date  3/03/2017
                        Due Date....  4/03/2017
R2C GROUP               Client...... MUTUAL OF OMAHA
121 NORTH WALNUT        Product..... MOO SAL PRINT CONTROL
SUITE 100               Contract.... MTU 17 2
WEST CHESTER PA 19380
                        R.O.P.
```

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 287243<br>EVANSVILLE COURIER & PRESS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 213.96 | 181.87 |
| PO# 287012<br>FARGO FORUM | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 567.78 | 482.61 |
| PO# 287007<br>FREDERICK POST & NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 306.91 | 260.87 |
| PO# 286407<br>FREMONT TRIBUNE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 89.52 | 76.09 |
| PO# 287244<br>FT COLLINS COLORODAN | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 111.34 | 94.64 |
| PO# 286974<br>FT LAUDERDALE SUN SENTINEL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 882.55 | 750.17 |
| PO# 287004<br>GREATER PHILADELPHIA NEWSPAPER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 510.65 | 434.05 |
| PO# 287245<br>GREEN BAY PRESS GAZETTE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 308.35 | 262.10 |
| PO# 287002<br>GREENSBORO NEWS RECORD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 940.98 | 799.83 |
| PO# 286411<br>HANFORD SENTINEL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 370.20 | 314.67 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client......  MUTUAL OF OMAHA
Product.....  MOO SAL PRINT CONTROL
Contract....  MTU 17 2

Page   6

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286237<br>HARRISBURG PATRIOT NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 862.00 | 732.70 |
| PO# 286969<br>HARTFORD COURANT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 912.99 | 776.04 |
| PO# 287249<br>HATTIESBURG AMERICAN | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 41.33 | 35.13 |
| PO# 286697<br>HAZELTON STANDARD SPEAKER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 147.61 | 125.47 |
| PO# 286970<br>HOUSTON CHRONICLE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,878.99 | 1,597.14 |
| PO# 287060<br>INDIAN RIVER PRESS JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 105.41 | 89.60 |
| PO# 6691689<br>INDIANAPOLIS STAR | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 630.45 | 535.88 |
| PO# 287062<br>JACKSON CLARION LEDGER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 218.11 | 185.39 |
| PO# 287252<br>JACKSON SUN (TENNESSEE) | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 56.73 | 48.22 |
| PO# 286675<br>KANSAS CITY STAR | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 792.65 | 673.75 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A.<br><br>5 | |

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

Invoice#.... R2CG.91456          Page    7
Invoice Date  3/03/2017
Due Date.... 4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 287063<br>KNOXVILLE NEWS SENTINEL | 1/2 PAGE..B&W | | 370.86 | 315.23 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 287254<br>LAFAYETTE DAILY ADVERTISER | 1/2 PAGE..B&W | | 106.35 | 90.40 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 287257<br>LANCASTER EAGLE GAZETTE | 1/2 PAGE..B&W | | 38.96 | 33.12 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286306<br>LANDSDALE REP/NORRISTOWN TMS | 1/2 PAGE..B&W | | 114.26 | 97.12 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 287259<br>LANSING STATE JOURNAL | 1/2 PAGE..B&W | | 143.73 | 122.17 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286993<br>LIHUE GARDEN ISLAND | 1/2 PAGE..B&W | | 640.00 | 544.00 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286424<br>LINCOLN JOURNAL STAR | 1/2 PAGE..B&W | | 523.98 | 445.38 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286992<br>LNP-ALWAYS LANCASTER | 1/2 PAGE..B&W | | 418.62 | 355.83 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286425<br>LOMPOC RECORD | 1/2 PAGE..B&W | | 153.45 | 130.43 |
| | | For: 02/13/17 TO 02/24/17 | | |
| PO# 286429<br>LONGVIEW DAILY NEWS | 1/2 PAGE..B&W | | 287.73 | 244.57 |
| | | For: 02/13/17 TO 02/24/17 | | |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC | Versant Funding LLC | |
| 2500 N Military Trail | Citibank, N.A. | |
| Suite 465 | | |
| Boca Raton, FL 33431 | | |

Invoice#.... R2CG.91456          Page   8
Invoice Date  3/03/2017
Due Date.... 4/03/2017

R2C GROUP                    Client...... MUTUAL OF OMAHA
121 NORTH WALNUT             Product..... MOO SAL PRINT CONTROL
SUITE 100                    Contract.... MTU 17 2
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286304 | | | | |
| LORIAN MORNING JOURNAL | 1/2 PAGE..B&W | | 124.51 | 105.83 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 6692403 | | | | |
| LOS ANGELES NEWSPAPER GROUP | 1/2 PAGE..B&W | | 1,262.16 | 1,072.84 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286972 | | | | |
| LOS ANGELES TIMES | 1/2 PAGE..B&W | | 4,412.42 | 3,750.56 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287064 | | | | |
| LOUISVILLE COURIER JOURNAL | 1/2 PAGE..B&W | | 671.02 | 570.37 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286691 | | | | |
| LUBBOCK AVALANCHE JOURNAL | 1/2 PAGE..B&W | | 152.81 | 129.89 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286307 | | | | |
| MACOMB DAILY JOURNAL | 1/2 PAGE..B&W | | 214.53 | 182.35 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287263 | | | | |
| MANITOWOC HERALD TIMES REPORTR | 1/2 PAGE..B&W | | 49.28 | 41.89 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287265 | | | | |
| MANSFIELD NEWS JOURNAL | 1/2 PAGE..B&W | | 85.44 | 72.62 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287267 | | | | |
| MARION STAR | 1/2 PAGE..B&W | | 28.85 | 24.52 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286432 | | | | |
| MASON CITY GLOBE GAZETTE | 1/2 PAGE..B&W | | 147.06 | 125.00 |
| | For: 02/13/17 TO 02/24/17 | | | |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

```
R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380
```

```
Invoice#.... R2CG.91456          Page    9
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2
```

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286436<br>MATTOON JOURNAL GAZETTE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 211.00 | 179.35 |
| PO# 286437<br>MAYSVILLE LEDGER INDEPENDENT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 179.02 | 152.17 |
| PO# 287266<br>MEMPHIS COMMERCIAL APPEAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 377.13 | 320.56 |
| PO# 287001<br>METRO BOSTON | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 463.01 | 393.56 |
| PO# 286678<br>MIAMI HERALD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 2,157.78 | 1,834.11 |
| PO# 287268<br>MILWAUKEE JOURNAL SENTINEL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 883.12 | 750.65 |
| PO# 287065<br>MONROE NEWS STAR | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 94.13 | 80.01 |
| PO# 286308<br>MOUNT PLEASANT MORNING SUN | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 60.59 | 51.50 |
| PO# 6676110<br>MUNCIE STAR PRESS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 95.01 | 80.76 |
| PO# 287273<br>MURFREESBORO DAILY NEWS JRNL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 45.53 | 38.70 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456    Page  10
Invoice Date  3/03/2017
Due Date....  4/03/2017

R2C GROUP                          Client...... MUTUAL OF OMAHA
121 NORTH WALNUT                   Product..... MOO SAL PRINT CONTROL
SUITE 100                          Contract.... MTU 17 2
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286440<br>MUSCATINE JOURNAL | 1/2 PAGE..B&W | | 29.42 | 25.01 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286996<br>N.E. MISSISSIPPI DAILY JRNL | 1/2 PAGE..B&W | | 1,032.74 | 877.83 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287271<br>NAPLES DAILY NEWS | 1/2 PAGE..B&W | | 202.53 | 172.15 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 6668561<br>NEW HAVEN REGISTER | 1/2 PAGE..B&W | | 251.45 | 213.73 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 287071<br>NEWARK ADVOCATE | 1/2 PAGE..B&W | | 56.80 | 48.28 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286229<br>NEWARK STAR LEDGER | 1/2 PAGE..B&W | | 868.26 | 738.02 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286981<br>NORFOLK VIRGINIAN PILOT | 1/2 PAGE..B&W | | 951.00 | 808.35 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286991<br>NORMAN TRANSCRIPT | 1/2 PAGE..B&W | | 483.38 | 410.87 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286990<br>NORTH ANDOVER EAGLE TRIBUNE | 1/2 PAGE..B&W | | 941.18 | 800.00 |
| | For: 02/13/17 TO 02/24/17 | | | |
| PO# 286312<br>OAKLAND PRESS | 1/2 PAGE..B&W | | 199.49 | 169.57 |
| | For: 02/13/17 TO 02/24/17 | | | |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456          Page   11
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product.:.... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286445<br>ORANGEBURG TIMES & DEMOCRAT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 294.12 | 250.00 |
| PO# 286573<br>ORLANDO SENTINEL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,590.24 | 1,351.70 |
| PO# 6676447<br>PALLADIUM ITEM | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 49.04 | 41.68 |
| PO# 286593<br>PARK HILLS JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 217.39 | 184.78 |
| PO# 287011<br>PARK RAPIDS ENTERPRISE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 767.26 | 652.17 |
| PO# 287274<br>PENSACOLA NEWS JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 164.56 | 139.88 |
| PO# 286988<br>PHILADELPHIA INQUIRER/DLY NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,415.34 | 1,203.04 |
| PO# 286699<br>POCONO TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 204.60 | 173.93 |
| PO# 287276<br>PORT HURON TIMES HERALD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 75.35 | 64.05 |
| PO# 286605<br>PORTAGE DAILY REGISTER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 13.00 | 11.05 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

Invoice#.... R2CG.91456          Page  12
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286313<br>POTTSTOWN MERCURY | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 114.09 | 96.98 |
| PO# 286701<br>POTTSVILLE REPUBLICAN HERALD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 190.21 | 161.68 |
| PO# 286609<br>QUAD CITY TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 295.38 | 251.07 |
| PO# 286612<br>RACINE JOURNAL TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 326.08 | 277.17 |
| PO# 286616<br>RAPID CITY JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 280.62 | 238.53 |
| PO# 287073<br>REDDING RECORD SEARCHLIGHT | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 104.56 | 88.88 |
| PO# 286986<br>RICHMOND TIMES DISPATCH | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,332.40 | 1,132.54 |
| PO# 287078<br>SALISBURY DAILY TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 67.54 | 57.41 |
| PO# 286621<br>SANTA MARIA TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 326.08 | 277.17 |
| PO# 286685<br>SAVANNAH MORNING NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 293.93 | 249.84 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456          Page   13
Invoice Date  3/03/2017
Due Date....  4/03/2017

R2C GROUP                 Client...... MUTUAL OF OMAHA
121 NORTH WALNUT          Product..... MOO SAL PRINT CONTROL
SUITE 100                 Contract.... MTU 17 2
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286704<br>SCRANTON TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 374.65 | 318.45 |
| PO# 287278<br>SHREVEPORT TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 150.88 | 128.25 |
| PO# 287279<br>SILVER CITY SUN NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 9.59 | 8.15 |
| PO# 286625<br>SIOUX CITY JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 528.13 | 448.91 |
| PO# 286225<br>SOUTH JERSEY TIMES | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 97.66 | 83.01 |
| PO# 286681<br>ST AUGUSTINE RECORD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 361.76 | 307.50 |
| PO# 286615<br>ST LOUIS POST DISPATCH | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 1,961.31 | 1,667.11 |
| PO# 287080<br>ST LUCIE COUNTY YOUR NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 108.41 | 92.15 |
| PO# 287082<br>STUART NEWS | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 91.20 | 77.52 |
| PO# 286680<br>TACOMA NEWS TRIBUNE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 323.05 | 274.59 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL 33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

Page  14

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 286987<br>TAMPA BAY TIMES | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 3,104.85 | 2,639.12 |
| PO# 287070<br>THE TENNESSEAN | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 426.80 | 362.78 |
| PO# 286319<br>THE TRENTONIAN | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 126.96 | 107.92 |
| PO# 286635<br>TIMES OF NW INDIANA | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 619.96 | 526.97 |
| PO# 286686<br>TOPEKA CAPITAL JOURNAL | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 197.74 | 168.08 |
| PO# 286317<br>TORRINGTON REGISTER CITIZEN | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 20.55 | 17.47 |
| PO# 286636<br>TWIN FALLS TIMES NEWS | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 402.81 | 342.39 |
| PO# 287085<br>VINELAND DAILY JOURNAL | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 53.44 | 45.42 |
| PO# 286637<br>WATERLOO CEDAR FALLS COURIER | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 690.54 | 586.96 |
| PO# 286320<br>WEST CHESTER DAILY NEWS | 1/2 PAGE..B&W<br>For: 02/13/17 TO 02/24/17 | | 126.60 | 107.61 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Wire Transfer to: | Invoice |
|---|---|---|
| Versant Funding LLC<br>2500 N Military Trail<br>Suite 465<br>Boca Raton, FL  33431 | Versant Funding LLC<br>Citibank, N.A. | |

Invoice#.... R2CG.91456
Invoice Date  3/03/2017
Due Date....  4/03/2017
Client...... MUTUAL OF OMAHA
Product..... MOO SAL PRINT CONTROL
Contract.... MTU 17 2

Page  15

R2C GROUP
121 NORTH WALNUT
SUITE 100
WEST CHESTER PA 19380

R.O.P.

| NEWSPAPERS | SIZE | DATE | GROSS | NET |
|---|---|---|---|---|
| PO# 287285<br>WICHITA FALLS TIMES RECORD NEW | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 94.73 | 80.52 |
| PO# 286707<br>WILKES BARRE CITIZEN VOICE | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 256.78 | 218.26 |
| PO# 286321<br>WILLOUGHBY NEWS HERALD | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 224.38 | 190.72 |
| PO# 286978<br>WINSTON-SALEM JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 610.80 | 519.18 |
| PO# 286641<br>WISCONSIN STATE JOURNAL | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 830.59 | 706.00 |
| PO# 286708<br>WYOMING COUNTY PRESS EXAMINER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 59.80 | 50.83 |
| PO# 287087<br>ZANESVILLE TIMES RECORDER | 1/2 PAGE..B&W | For: 02/13/17 TO 02/24/17 | 55.80 | 47.43 |
| *INVOICE TOTAL | | | 74,469.59 | 63,299.11 |
| PLEASE PAY THIS AMOUNT | | | | 63,299.11 |

*** PLEASE PAY METRO DIRECTLY, NOT ITS PUBLICATIONS ***

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Overnight Payment to: | Wire Transfer to: | Invoice |
|---|---|---|---|
| 1 RXR Plaza<br>Wholesale Lockbox – Lower<br>Lockbox 10430<br>Uniondale, NY  11555 | First Data-RemitCO<br>1150 South Ave<br>Suite 201<br>Staten Island, NY  10314 | Citibank, N.A.<br>330 Madison Ave<br>New York, NY  10017 | Tel#:<br>212-576-9606 |

```
Invoice#.... PENF.91514          Page   1
Invoice Date  3/31/2017
Due Date.... DUE UPON RECEIPT
Client...... PENFED CREDIT UNION
```

```
PENTAGON FEDERAL CU
ATTN: ACCOUNTS PAYABLE
PO BOX 247027
OMAHA, NE  68124
```

| NEWSPAPER | SIZE | DATE | PRODUCT | NET |
|---|---|---|---|---|
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/16/2017 | MULTI PRODUCT | .00 |
| LA PRENSA          FL | 1/2 PAGE..4/C | 3/16/2017 | MULTI PRODUCT | 1,405.46 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/16/2017 | MULTI PRODUCT | 1,400.00 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 390.88 |
| EL NUEVO DIA(PUERTO RICO) | 1/2 PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 2,907.07 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 1,569.35 |
| KILLEEN DAILY HERALD | 1/4 PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 1,028.62 |
| NORTHWEST FLORIDA DAILY NEWS | 1/2 PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 630.43 |
| SAN FRANCISCO CHRONICLE | 1/4 PAGE..4/C | 3/17/2017 | MULTI PRODUCT | 2,856.95 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/17/2017 | MULTI PRODUCT | .00 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 2,264.02 |
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,600.00 |
| EL NUEVO DIA(PUERTO RICO) | FULL PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 4,937.88 |
| EL SENTINEL (ORLANDO) | 1/2 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,483.72 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,384.73 |
| KILLEEN DAILY HERALD | 1/2 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,028.62 |
| LOS ANGELES TIMES | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 6,834.13 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,185.18 |
| NORTHWEST FLORIDA DAILY NEWS | 1/2 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 630.43 |
| PACIFIC DAILY NEWS | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,277.00 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 1,506.52 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/18/2017 | MULTI PRODUCT | 871.20 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 4,212.80 |
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,600.00 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 839.12 |
| EL NUEVO DIA(PUERTO RICO) | FULL PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 5,177.38 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 2,087.49 |
| KILLEEN DAILY HERALD | 1/2 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,133.18 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,185.18 |
| NORTHWEST FLORIDA DAILY NEWS | FULL PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,260.86 |
| PACIFIC DAILY NEWS | 1/4 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,277.00 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 3,916.96 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,400.00 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/19/2017 | MULTI PRODUCT | 1,158.40 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 1,731.31 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 390.88 |
| LOS ANGELES TIMES | 1/4 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 4,920.49 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 1,185.18 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | .00 |
| SAN FRANCISCO CHRONICLE | 1/4 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 2,856.95 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/20/2017 | MULTI PRODUCT | 871.20 |

**Metro Newspaper Advertising Services, Inc.**

| Mail Payment to: | Overnight Payment to: | Wire Transfer to: | Invoice |
|---|---|---|---|
| 1 RXR Plaza<br>Wholesale Lockbox – Lower<br>Lockbox 10430<br>Uniondale, NY  11555 | First Data-RemitCO<br>1150 South Ave<br>Suite 201<br>Staten Island, NY  10314 | Citibank, N.A.<br>330 Madison Ave<br>New York, NY  10017 | Tel#:<br>212-578-9505 |

```
Invoice#.... PENF.91514                        Page    2
Invoice Date  3/31/2017
Due Date.... DUE UPON RECEIPT
Client...... PENFED CREDIT UNION
```

```
PENTAGON FEDERAL CU
ATTN: ACCOUNTS PAYABLE
PO BOX 247027
OMAHA, NE  68124
```

| NEWSPAPER | SIZE | DATE | PRODUCT | NET |
|---|---|---|---|---|
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/23/2017 | MULTI PRODUCT | .00 |
| LA PRENSA          FL | 1/2 PAGE..4/C | 3/23/2017 | MULTI PRODUCT | 1,405.46 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/23/2017 | MULTI PRODUCT | 1,400.00 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 390.88 |
| EL NUEVO DIA (PUERTO RICO) | 1/2 PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 2,907.07 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 1,569.35 |
| KILLEEN DAILY HERALD | 1/2 PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 1,028.62 |
| NORTHWEST FLORIDA DAILY NEWS | 1/2 PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 630.43 |
| SAN FRANCISCO CHRONICLE | 1/4 PAGE..4/C | 3/24/2017 | MULTI PRODUCT | 2,856.95 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/24/2017 | MULTI PRODUCT | .00 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 2,264.02 |
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,600.00 |
| EL NUEVO DIA (PUERTO RICO) | FULL PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 4,937.88 |
| EL SENTINEL (ORLANDO) | 1/2 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,483.72 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,384.73 |
| KILLEEN DAILY HERALD | 1/2 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,028.62 |
| LOS ANGELES TIMES | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 6,834.13 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,185.18 |
| NORTHWEST FLORIDA DAILY NEWS | 1/2 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 630.43 |
| PACIFIC DAILY NEWS | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,277.00 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 1,506.52 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/25/2017 | MULTI PRODUCT | 871.20 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 4,212.80 |
| CHICAGO SUN TIMES | 1/2 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,600.00 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 839.12 |
| EL NUEVO DIA (PUERTO RICO) | FULL PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 5,177.38 |
| HONOLULU STAR ADVERTISER | 1/4 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 2,087.49 |
| KILLEEN DAILY HERALD | 1/2 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,133.18 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,185.18 |
| NORTHWEST FLORIDA DAILY NEWS | FULL PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,260.86 |
| PACIFIC DAILY NEWS | 1/4 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,277.00 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 3,916.96 |
| SAN FRANCISCO EXAMINER | FULL PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,400.00 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/26/2017 | MULTI PRODUCT | 1,158.40 |
| ATLANTA JOURNAL-CONSTITUTION | 1/4 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 1,731.31 |
| CLARKSVILLE LEAF CHRONICLE | FULL PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 390.88 |
| LOS ANGELES TIMES | 1/4 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 4,920.49 |
| NEW YORK DAILY NEWS | 1/2 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 1,185.18 |
| SAN ANTONIO EXPRESS-NEWS | 1/4 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | .00 |
| SAN FRANCISCO CHRONICLE | 1/4 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 2,856.95 |
| U-T SAN DIEGO | 1/4 PAGE..4/C | 3/27/2017 | MULTI PRODUCT | 871.20 |

## Metro Newspaper Advertising Services, Inc.

| Mail Payment to: | Overnight Payment to: | Wire Transfer to: | Invoice |
|---|---|---|---|
| 1 RXR Plaza | First Data-RemitCO | Citibank, N.A. | |
| Wholesale Lockbox – Lower | 1150 South Ave | 330 Madison Ave | Tel#: |
| Lockbox 10430 | Suite 201 | New York, NY 10017 | 212-576-9505 |
| Uniondale, NY 11555 | Staten Island, NY 10314 | | |

Invoice#.... PENF.91514          Page    3
Invoice Date  3/31/2017
Due Date.... DUE UPON RECEIPT
Client...... PENFED CREDIT UNION

PENTAGON FEDERAL CU
ATTN: ACCOUNTS PAYABLE
PO BOX 247027
OMAHA, NE  68124

| NEWSPAPER | SIZE | DATE | PRODUCT | NET |
|---|---|---|---|---|
| | | | | 1,405.46 |
| LA PRENSA        FL | 1/2 PAGE..4/C | 3/30/2017 | MULTI PRODUCT *MULTI PRODUCT | 150,198.60 |
| *INVOICE TOTAL | | | | 150,198.60 |
| PLEASE PAY THIS AMOUNT | | | | 150,198.60 |

*** PLEASE PAY METRO DIRECTLY, NOT ITS PUBLICATIONS ***