DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
JONATHAN S. PASTERNAK, ESQ.
STEVEN R. SCHOENFELD, ESQ.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

METRO NEWSPAPER ADVERTISING                    Chapter 11
SERVICES, INC.,                                Case No. 17-22445(RDD)

                            Debtor.
-----------------------------------------------------------X

### NOTICE OF ADJOURNMENT OF EVIDENTIARY HEARING IN CONNECTION WITH (1) DEBTOR'S MOTION FOR AN ORDER DETERMINING TRONC INC.TO BE IN WILLFUL VIOLATION OF THE AUTOMATIC STAY AND AWARDING RELATED DAMAGES AND (2) TRONC INC.'S MOTION TO MODIFY THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that the evidentiary hearing currently scheduled on August 3, 2017 at 10:00 a.m. and *(if necessary)* August 4, 2017 at 10:00 a.m. in connection with the Debtor's Stay Violation Motion and tronc Inc.'s ("tronc") Relief from Stay Motion (the "Debtor/tronc Contested Proceeding") has been adjourned on consent of the Debtor and tronc to **November 6, 2017 at 10:00 a.m**. and *(if necessary)* **November 7, 2017 at 10:00 a.m**. before the Honorable Robert D. Drain at the United States Bankruptcy Courthouse, Southern District of New York, Courtroom 118, 300 Quarropas Street, White Plains, NY 10601-4140.

**PLEASE TAKE FURTHER NOTICE** that counsel for the Debtor and tronc will be submitting to the Court a revised proposed scheduling order with such order to accord with the

1

pre-hearing practices and procedures of this Court to take into account the adjournment of the evidentiary hearing set forth in this notice.

Dated: White Plains, New York
      July 5, 2017

           DELBELLO DONNELLAN WEINGARTEN
           WISE & WIEDERKEHR, LLP
           *Attorneys for the Debtor*

By: */s/ Steven R. Schoenfeld*
      Jonathan S. Pasternak, Esq.
      Steven R. Schoenfeld, Esq.
      One North Lexington Avenue, 11th Floor
      White Plains, New York 10601
      Phone: (914) 681-0200
      Fax: (914) 684-0288
      E-mail: SRS@ddw-law.com