# EXHIBIT A

| | |
|---|---|
| **From:** | Polly Edwards <Polly.Edwards@unionbank.com> |
| **Sent:** | Tuesday, May 16, 2017 6:29 PM |
| **To:** | Soto, Kathy |
| **Cc:** | Polly Edwards; Dawn Horrell |
| **Subject:** | RE: Account# CU00556637 for Union Bank Residential Lending |
| **Attachments:** | CU00556637_003189212_20170326.pdf |

Kathy —

Please contact Dawn Horrell @ 415-705-7347 regarding this invoice. Thank you!


**Polly Edwards**
Vice President
Project Manager, Mortgage Sales Support
Direct: 949-553-4397
Cell: 949 246 5591
Union Bank | 18300 Von Karman Ave. Ste. 540
Irvine, CA 92612
polly.edwards@unionbank.com | unionbank.com



 Please consider the impact on the environment before printing this document.

---

**From:** Soto, Kathy [mailto:ksoto@tronc.com]
**Sent:** Tuesday, May 16, 2017 3:11 PM
**To:** Polly Edwards
**Subject:** Account# CU00556637 for Union Bank Residential Lending

Good Afternoon,

Please find attached are copy of the past due invoice. Please provide the payment status/payment information as soon as available so I can update your account status.

Thank you,


**Kathryn Soto** | Collections Representative | tronc (Tribune Online Content)
ksoto@tronc.com

1

# The San Diego Union-Tribune

P.O. Box 740665  Los Angeles, CA 90074-0665
adbilling@tronc.com  844-215-9431

**Invoice and Summary**

| | |
|---|---|
| Billed Account # | CU00556637 |
| Client Account # | |
| Invoice # | 003189212 |
| Client Name | |

| | |
|---|---|
| Billing Period | 03/20/17 - 03/26/17 |
| Due Date | 04/25/17 |

UNION BANK RESIDENTIAL LENDING - DAWN DUCHARME (UTCP)
Polly Edwards
18300 VON KARMAN AVE, STE 540
IRVINE, CA 92612-1056

**TOTAL AMOUNT DUE**        545.00

0005566370005566371400318921200054500000545009

To ensure proper credit, please detach and return with remittance.

## Detail

| Date | Tribune Reference # | Description | Ad Size/ Rate Units | Gross Amount | Net Amount |
|---|---|---|---|---|---|
| | | **Current Activity** | | | |
| 03/23/17 | SDTM204730 | Display<br>Women in business<br>4819974 | | 545.00 | 545.00 |
| | | **Total Current Advertising** | | | 545.00 |

| Current | 1-30 | 31-60 | 61-90 | 91+ | Unapplied Amount | Total Due: |
|---|---|---|---|---|---|---|
| 545.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 545.00 |

| Billed Period | Billed Account # | Billed Account Name | Client Account # | Client Account Name |
|---|---|---|---|---|
| 03/20/17-03/26/17 | CU00556637 | UNION BANK RESIDENTIAL LENDING - DAWN DUCHARME (UTCP) | | |

Page 1/1

Carmel Valley News  Del Mar Times  Encinitas Advocate  La Jolla Light  Poway News Chieftain  Ramona Sentinel  Rancho Bernardo News Journal  Review  Solana Beach Sun  MOTIV8  PACIFIC