DELBELLO DONNELLAN WEINGARTEN
WISE & WIEDERKEHR, LLP
*Attorneys for the Debtor*
One North Lexington Avenue
White Plains, New York 10601
(914) 681-0200
Jonathan S. Pasternak, Esq.
Julie Cvek Curley, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

METRO NEWSPAPER ADVERTISING                Chapter 11
SERVICES, INC.                             Case No. 17-22445(RDD)

                    Debtor.
-----------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK           )
                            ) SS.:
COUNTY OF WESTCHESTER       )

Linda-carol Barry, being duly sworn, deposes:

Deponent is not a party to the action and is over 18 years of age and is an employee of the law firm of DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One Lexington Avenue, White Plains, New York 10601.

On the 2nd day of October, 2017 Deponent served a *Notice of Hearing to Consider Approval of Debtor's Disclosure Statement for Debtor's Chapter 11 Liquidating Plan, together with Debtor's Disclosure Statement for Debtor's Chapter 11 Liquidating Plan and Exhibits thereto, and Debtor's Chapter 11 Liquidating Plan dated October 2, 2017,* upon the parties listed on the attached service list, by depositing a true copy of same, enclosed in a pre-paid properly addressed wrapper in an official depository under the exclusive care and custody of United States Postal Service.

                                            */s/ Linda-carol Barry*
                                               Linda-carol Barry

Sworn to before me this
2nd day of October, 2017

*/s/ Bryn A. Leonardo*
Notary Public ~ State of New York

## SERVICE LIST

Office of the United States Trustee
U.S. Federal Office Building
Attn: Serene K. Nakano, Esq.
201 Varick St., Room 1006
New York, NY 10014

Official Committee of Unsecured Creditors
c/o Lowenstein Sandler LLP
Attn: Mary Seymour, Esq.
1251 Avenue of the Americas, 17th Floor
New York, New York 10020

Klestadt Winters Jureller Southard & Stevens, LLP
Attn: Tracy L. Klestadt, Esq.
200 West 41st Street, 17th Floor
New York, NY 10036-7203

FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
Attn:  Paul J. Pascuzzi, Esq.
400 Capitol Mall, Suite 1750
Sacramento, CA 95814

HEARST CORPORATION
c/o Cullen and Dykman, LLP
Attn: Bonnie Lynn Pollack, Esq.
Attn: Matthew G. Roseman, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530

Teitelbaum Law Group, LLC
Attn: Jay Teitelbaum, Esq.
One Barker Avenue, Third Floor
White Plains, New York 10601

**SERVICE LIST CONTINUED**

Metro Newspaper Advertising
Attn: Phyllis Cavaliere
28 Wells Avenue, 4th Floor
Yonkers, NY 10701

Versant Funding LLC
Attn: Mark Weinberg
2500 North Military Trail, Suite 465
Boca Raton, FL 33431