# EXHIBIT A

Versant Funding LLC
Metro Newspaper Advertising
Services, Inc.
2500 N. Military Trail Suite 465
Boca Raton, FL 33431

Statement As Of: 08/17/2017

Total Amount Due: $ 342,113.68

Mediacom
498 7th Avenue
New York, NY 10018

## STATEMENT

| Metro Newspaper Advertising | | 08/17/2017 | | | |
|---|---|---|---|---|---|
| Invoice Date | PO # | Due Date | Invoice Id | | Amount Due |
| 01/04/2017 | | 02/03/2017 | MEDG.02113 | $ | 5,384.55 |
| 01/09/2017 | | 02/08/2017 | MEDG.02114 | $ | 1,259.70 |
| 01/09/2017 | | 02/08/2017 | MEDG.02115 | $ | 6,315.20 |
| 01/10/2017 | | 02/09/2017 | MEDG.02116 | $ | 297.84 |
| 01/10/2017 | | 02/09/2017 | MEDG.02117 | $ | 15,579.38 |
| 01/11/2017 | | 02/10/2017 | MEDG.02118 | $ | 3,973.38 |
| 01/11/2017 | | 02/10/2017 | MEDG.02119 | $ | 672.35 |
| 01/11/2017 | | 02/10/2017 | MEDG.02120 | $ | 13,487.46 |
| 01/12/2017 | | 02/11/2017 | MEDG.02122 | $ | 1,379.75 |
| 01/12/2017 | | 02/11/2017 | MEDG.02123 | $ | 23,257.90 |
| 01/13/2017 | | 02/12/2017 | MEDG.02124 | $ | 771.24 |
| 01/13/2017 | | 02/12/2017 | MEDG.02125 | $ | 271.73 |
| 01/14/2017 | | 02/13/2017 | MEDG.02126 | $ | 6,881.74 |
| 01/15/2017 | | 02/14/2017 | MEDG.02127 | $ | 2,824.04 |
| 01/16/2017 | | 02/15/2017 | MEDG.02128 | $ | 3,025.53 |
| 01/16/2017 | | 02/15/2017 | MEDG.02129 | $ | 313.43 |
| 01/18/2017 | | 02/17/2017 | MEDG.02130 | $ | 2,433.38 |
| 01/18/2017 | | 02/17/2017 | MEDG.02131 | $ | 179.35 |
| 01/19/2017 | | 02/18/2017 | MEDG.02132 | $ | 1,710.59 |
| 01/19/2017 | | 02/18/2017 | MEDG.02133 | $ | 225.86 |
| 01/19/2017 | | 02/18/2017 | MEDG.02134 | $ | 1,116.88 |
| 01/20/2017 | | 02/19/2017 | MEDG.02135 | $ | 271.73 |
| 01/24/2017 | | 02/23/2017 | MEDG.02136 | $ | 1,980.10 |
| 01/25/2017 | | 02/24/2017 | MEDG.02137 | $ | 672.35 |
| 01/26/2017 | | 02/25/2017 | MEDG.02138 | $ | 662.41 |
| 01/26/2017 | | 02/25/2017 | MEDG.02139 | $ | 220.43 |
| 01/27/2017 | | 02/26/2017 | MEDG.02140 | $ | 271.73 |
| 01/29/2017 | | 02/28/2017 | MEDG.02141 | $ | 793.35 |
| 01/30/2017 | | 03/01/2017 | MEDG.02142 | $ | 226.66 |
| 01/31/2017 | | 03/02/2017 | MDCM.00084 | $ | 11,573.00 |
| 01/31/2017 | | 03/02/2017 | MEDC.00003 | $ | 8,804.00 |
| 01/31/2017 | | 03/02/2017 | MEDG.02143 | $ | 540.09 |
| 02/01/2017 | | 03/03/2017 | MEDC.00004 | $ | 8,804.00 |
| 02/01/2017 | | 03/03/2017 | MEDG.02144 | $ | 426.58 |
| 02/01/2017 | | 03/03/2017 | MEDG.02145 | $ | 493.00 |
| 02/02/2017 | | 03/04/2017 | MEDG.02146 | $ | 220.43 |

| | | | | |
|---|---|---|---|---:|
| 02/03/2017 | 03/05/2017 | MEDG.02147 | $ | 434.78 |
| 02/03/2017 | 03/05/2017 | MEDG.02148 | $ | 271.73 |
| 02/06/2017 | 03/08/2017 | MDCM.0086 | $ | 22,959.02 |
| 02/06/2017 | 03/08/2017 | MEDG.02149 | $ | 394.05 |
| 02/07/2017 | 03/09/2017 | MEDG.02150 | $ | 394.05 |
| 02/08/2017 | 03/10/2017 | MEDG.02151 | $ | 1,848.14 |
| 02/08/2017 | 03/10/2017 | MEDG.02152 | $ | 493.00 |
| 02/09/2017 | 03/11/2017 | MEDG.02153 | $ | 3,541.12 |
| 02/09/2017 | 03/11/2017 | MEDG.02154 | $ | 2,640.00 |
| 02/09/2017 | 03/11/2017 | MEDG.02155 | $ | 1,710.59 |
| 02/09/2017 | 03/11/2017 | MEDG.02156 | $ | 838.03 |
| 02/09/2017 | 03/11/2017 | MEDG.02157 | $ | 1,379.75 |
| 02/13/2017 | 03/15/2017 | MEDG.02158 | $ | 3,025.53 |
| 02/13/2017 | 03/15/2017 | MEDG.02159 | $ | 766.75 |
| 02/13/2017 | 03/15/2017 | MEDG.02160 | $ | 6,315.20 |
| 02/14/2017 | 03/16/2017 | MEDG.02161 | $ | 593.40 |
| 02/14/2017 | 03/16/2017 | MEDG.02162 | $ | 313.43 |
| 02/14/2017 | 03/16/2017 | MEDG.02163 | $ | 15,579.38 |
| 02/15/2017 | 03/17/2017 | MEDG.02164 | $ | 406.35 |
| 02/15/2017 | 03/17/2017 | MEDG.02165 | $ | 672.35 |
| 02/15/2017 | 03/17/2017 | MEDG.02166 | $ | 16,311.50 |
| 02/16/2017 | 03/18/2017 | MEDG.02167 | $ | 2,162.40 |
| 02/16/2017 | 03/18/2017 | MEDG.02168 | $ | 313.43 |
| 02/16/2017 | 03/18/2017 | MEDG.02169 | $ | 23,257.90 |
| 02/18/2017 | 03/20/2017 | MEDG.02170 | $ | 718.75 |
| 02/18/2017 | 03/20/2017 | MEDG.02171 | $ | 6,881.74 |
| 02/20/2017 | 03/22/2017 | MEDG.02172 | $ | 394.05 |
| 02/22/2017 | 03/24/2017 | MEDG.02173 | $ | 179.35 |
| 02/23/2017 | 03/25/2017 | MEDG.02174 | $ | 3,541.12 |
| 02/23/2017 | 03/25/2017 | MEDG.02175 | $ | 1,710.59 |
| 02/28/2017 | 03/30/2017 | MEDG.02176 | $ | 80.62 |
| 03/01/2017 | 03/31/2017 | MEDG.02177 | $ | 1,530.59 |
| 03/01/2017 | 03/31/2017 | MEDG.02178 | $ | 80.62 |
| 03/01/2017 | 03/31/2017 | MEDG.02179 | $ | 3,016.57 |
| 03/02/2017 | 04/01/2017 | MEDG.02180 | $ | 1,296.46 |
| 03/03/2017 | 04/02/2017 | MEDG.02181 | $ | 1,172.50 |
| 03/03/2017 | 04/02/2017 | MEDG.02182 | $ | 544.41 |
| 03/04/2017 | 04/03/2017 | MEDG.02183 | $ | 1,277.90 |
| 03/06/2017 | 04/05/2017 | MEDG.02184 | $ | 972.22 |
| 03/07/2017 | 04/06/2017 | MEDG.02185 | $ | 80.62 |
| 03/07/2017 | 04/06/2017 | MEDG.02186 | $ | 593.40 |
| 03/08/2017 | 04/07/2017 | MEDG.02187 | $ | 1,530.59 |
| 03/08/2017 | 04/07/2017 | MEDG.02188 | $ | 179.35 |
| 03/08/2017 | 04/07/2017 | MEDG.02189 | $ | 486.97 |
| 03/09/2017 | 04/08/2017 | MEDG.02190 | $ | 2,537.20 |
| 03/09/2017 | 04/08/2017 | MEDG.02191 | $ | 311.11 |
| 03/10/2017 | 04/09/2017 | MEDG.02192 | $ | 938.40 |
| 03/11/2017 | 04/10/2017 | MEDG.02193 | $ | 637.50 |
| 03/12/2017 | 04/11/2017 | MEDG.02194 | $ | 2,000.00 |
| 03/12/2017 | 04/11/2017 | MEDG.02195 | $ | 3,465.16 |
| 03/13/2017 | 04/12/2017 | MEDG.02196 | $ | 1,392.55 |
| 03/13/2017 | 04/12/2017 | MEDG.02197 | $ | 80.62 |

| Date | Due Date | Invoice | | Amount |
|---|---|---|---|---|
| 03/15/2017 | 04/14/2017 | MEDG.02199 | $ | 321.94 |
| 03/15/2017 | 04/14/2017 | MEDG.02200 | $ | 2,210.65 |
| 03/16/2017 | 04/15/2017 | MEDG.02202 | $ | 3,640.14 |
| 03/16/2017 | 04/15/2017 | MEDG.02203 | $ | 313.43 |
| 03/16/2017 | 04/15/2017 | MEDG.02204 | $ | 2,643.69 |
| 03/17/2017 | 04/16/2017 | MEDG.02205 | $ | 3,040.90 |
| 03/18/2017 | 04/17/2017 | MEDG.02206 | $ | 1,915.40 |
| 03/18/2017 | 04/17/2017 | MEDG.02207 | $ | 493.00 |
| 03/18/2017 | 04/17/2017 | MEDG.02208 | $ | 126.95 |
| 03/19/2017 | 04/18/2017 | MEDG.02209 | $ | 2,000.00 |
| 03/19/2017 | 04/18/2017 | MEDG.02210 | $ | 2,422.98 |
| 03/19/2017 | 04/18/2017 | MEDG.02211 | $ | 593.40 |
| 03/20/2017 | 04/19/2017 | MEDG.02212 | $ | 2,215.85 |
| 03/21/2017 | 04/20/2017 | MEDG.02213 | $ | 593.40 |
| 03/22/2017 | 04/21/2017 | MEDG.02216 | $ | 930.00 |
| 03/22/2017 | 04/21/2017 | MEDG.02217 | $ | 493.00 |
| 03/22/2017 | 04/21/2017 | MEDG.02218 | $ | 3,551.87 |
| 03/22/2017 | 04/21/2017 | MEDG.02219 | $ | 308.14 |
| 03/22/2017 | 04/21/2017 | MEDG.02220 | $ | 663.20 |
| 03/22/2017 | 04/21/2017 | MEDG.02221 | $ | 5,384.55 |
| 03/23/2017 | 04/22/2017 | MEDG.02222 | $ | 3,640.14 |
| 03/23/2017 | 04/22/2017 | MEDG.02223 | $ | 11,179.24 |
| 03/23/2017 | 04/22/2017 | MEDG.02224 | $ | 1,112.39 |
| 03/23/2017 | 04/22/2017 | MEDG.02225 | $ | 838.03 |
| 03/24/2017 | 04/23/2017 | MEDG.02226 | $ | 2,110.90 |
| 03/25/2017 | 04/24/2017 | MEDG.02228 | $ | 1,915.40 |
| 03/26/2017 | 04/25/2017 | MEDG.02229 | $ | 2,000.00 |
| 03/26/2017 | 04/25/2017 | MEDG.02230 | $ | 2,422.98 |
| 03/27/2017 | 04/26/2017 | MEDG.02231 | $ | 1,392.55 |
| 03/29/2017 | 04/28/2017 | MEDG.02232 | $ | 930.00 |
| 03/29/2017 | 04/28/2017 | MEDG.02233 | $ | 1,392.55 |
| 03/29/2017 | 04/28/2017 | MEDG.02234 | $ | 1,540.00 |
| 03/29/2017 | 04/28/2017 | MEDG.02235 | $ | 663.20 |
| 03/30/2017 | 04/29/2017 | MEDG.02236 | $ | 3,385.74 |
| 03/30/2017 | 04/29/2017 | MEDG.02237 | $ | 846.81 |
| 03/30/2017 | 04/29/2017 | MEDG.02238 | $ | 593.40 |
| 03/31/2017 | 04/30/2017 | MEDG.02240 | $ | 711.88 |
| | | Amount Due | $ | 342,113.68 |

| 1 To 30 | 31 To 60 | 61 To 90 | 91 To 120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | $342,113.68 |