# EXHIBIT B

Versant Funding LLC
Metro Newspaper Advertising
Services, Inc.
2500 N. Military Trail Suite 465
Boca Raton, FL 33431

Statement As Of:  08/17/2017

Total Amount Due:  $76,873.60

Mindshare
498 7th Avenue, 6th Floor
New York, NY  10018

## STATEMENT

| Metro Newspaper Advertising | | 08/17/2017 | | | |
|---|---|---|---|---|---|
| Invoice Date | PO # | Due Date | Invoice Id | | Amount Due |
| 01/25/2017 | | 02/24/2017 | MIND.00166 | $ | 2,313.30 |
| 01/26/2017 | | 02/25/2017 | MIND.00167 | $ | 4,218.38 |
| 01/29/2017 | | 02/28/2017 | MIND.00168 | $ | 3,859.92 |
| 01/29/2017 | | 02/28/2017 | MIND.00169 | $ | 2,244.00 |
| 02/01/2017 | | 03/03/2017 | MIND.00170 | $ | 2,313.30 |
| 02/02/2017 | | 03/04/2017 | MIND.00171 | $ | 4,218.38 |
| 02/03/2017 | | 03/05/2017 | MIND.00172 | $ | 3,859.92 |
| 02/05/2017 | | 03/07/2017 | MIND.00173 | $ | 2,244.00 |
| 02/08/2017 | | 03/10/2017 | MIND.00174 | $ | 2,313.30 |
| 02/09/2017 | | 03/11/2017 | MIND.00175 | $ | 4,218.38 |
| 02/10/2017 | | 03/12/2017 | MIND.00176 | $ | 3,859.92 |
| 02/12/2017 | | 03/14/2017 | MIND.00177 | $ | 2,244.00 |
| 02/15/2017 | | 03/17/2017 | MIND.00178 | $ | 1,156.10 |
| 02/16/2017 | | 03/18/2017 | MIND.00179 | $ | 2,173.09 |
| 02/17/2017 | | 03/19/2017 | MIND.00180 | $ | 2,082.96 |
| 02/19/2017 | | 03/21/2017 | MIND.00181 | $ | 1,530.00 |
| 02/22/2017 | | 03/24/2017 | MIND.00182 | $ | 1,156.10 |
| 02/23/2017 | | 03/25/2017 | MIND.00183 | $ | 2,173.09 |
| 02/24/2017 | | 03/26/2017 | MIND.00184 | $ | 2,082.96 |
| 02/26/2017 | | 03/28/2017 | MIND.00185 | $ | 1,530.00 |
| 03/01/2017 | | 03/31/2017 | MIND.00186 | $ | 1,156.10 |
| 03/02/2017 | | 04/01/2017 | MIND.00187 | $ | 2,173.09 |
| 03/03/2017 | | 04/02/2017 | MIND.00188 | $ | 2,082.96 |
| 03/03/2017 | | 04/02/2017 | MIND.00189 | $ | 1,530.00 |
| 03/08/2017 | | 04/07/2017 | MIND.00190 | $ | 1,156.10 |
| 03/09/2017 | | 04/08/2017 | MIND.00191 | $ | 2,173.09 |
| 03/10/2017 | | 04/09/2017 | MIND.00192 | $ | 2,082.96 |
| 03/12/2017 | | 04/11/2017 | MIND.00193 | $ | 1,530.00 |
| 03/15/2017 | | 04/14/2017 | MIND.00194 | $ | 1,156.10 |
| 03/16/2017 | | 04/15/2017 | MIND.00195 | $ | 2,173.09 |
| 03/17/2017 | | 04/16/2017 | MIND.00196 | $ | 2,082.96 |
| 03/19/2017 | | 04/18/2017 | MIND.00197 | $ | 1,530.00 |
| 03/30/2017 | | 04/29/2017 | MIND.00203 | $ | 2,173.09 |
| 03/31/2017 | | 04/30/2017 | MIND.00204 | $ | 2,082.96 |

Am $ 76,873.60

| 1 To 30 | 31 To 60 | 61 To 90 | 91 To 120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | $76,873.60 |