# EXHIBIT C

Versant Funding LLC
Metro Newspaper Advertising Services   Statement As Of: 08/17/2017
2500 N. Military Trail Suite 465
Boca Raton, FL 33431

Total Amount Due: $ 465,830.15

GSD&M Idea City
828 West 6th Street
Austin, TX 78703

## STATEMENT

| Metro Newspaper Advertising Services | | | 08/17/2017 | |
|---|---|---|---|---|
| Invoice Date | PO # | Due Date | Invoice Id | Amount Due |
| 01/23/2017 | | 02/22/2017 | 1282.00333 | $ 795.00 |
| 01/31/2017 | | 03/02/2017 | 1282.00354 | $ 1,720.00 |
| 02/01/2017 | | 03/03/2017 | 1282.00356 | $ 531.00 |
| 02/01/2017 | | 03/03/2017 | 1282.00357 | $ 692.94 |
| 02/01/2017 | | 03/03/2017 | 1282.00358 | $ 615.00 |
| 02/01/2017 | | 03/03/2017 | 1282.00360 | $ 5,996.78 |
| 02/01/2017 | | 03/03/2017 | 1282.00361 | $ 1,607.26 |
| 02/01/2017 | | 03/03/2017 | 1282.00362 | $ 11,033.29 |
| 02/01/2017 | | 03/03/2017 | 1282.00363 | $ 3,100.00 |
| 02/01/2017 | | 03/03/2017 | 1282.91405 | $ 1,749.96 |
| 02/01/2017 | | 03/03/2017 | 1282.91414 | $ 11,651.74 |
| 02/02/2017 | | 03/04/2017 | 1282.00365 | $ 453.80 |
| 02/02/2017 | | 03/04/2017 | 1282.00367 | $ 520.11 |
| 02/02/2017 | | 03/04/2017 | 1282.00369 | $ 2,013.86 |
| 02/02/2017 | | 03/04/2017 | 1282.91409 | $ 11,311.88 |
| 02/03/2017 | | 03/05/2017 | 1282.00370 | $ 72.00 |
| 02/03/2017 | | 03/05/2017 | 1282.00371 | $ 1,499.67 |
| 02/04/2017 | | 03/06/2017 | 1282.00372 | $ 871.09 |
| 02/04/2017 | | 03/06/2017 | 1282.00373 | $ 1,448.86 |
| 02/04/2017 | | 03/06/2017 | 1282.00374 | $ 220.36 |
| 02/04/2017 | | 03/06/2017 | 1282.00375 | $ 1,749.96 |
| 02/05/2017 | | 03/07/2017 | 1282.00376 | $ 658.99 |
| 02/05/2017 | | 03/07/2017 | 1282.00378 | $ 5,833.67 |
| 02/05/2017 | | 03/07/2017 | 1282.00379 | $ 8,888.18 |
| 02/07/2017 | | 03/09/2017 | 1282.00381 | $ 554.11 |
| 02/07/2017 | | 03/09/2017 | 1282.00382 | $ 2,219.85 |
| 02/07/2017 | | 03/09/2017 | 1282.00385 | $ 1,561.94 |
| 02/07/2017 | | 03/09/2017 | 1282.00387 | $ 5,719.84 |
| 02/07/2017 | | 03/09/2017 | 1282.00388 | $ 3,893.22 |
| 02/08/2017 | | 03/10/2017 | 1282.00386 | $ 2,806.25 |
| 02/09/2017 | | 03/11/2017 | 1282.00389 | $ 453.80 |
| 02/09/2017 | | 03/11/2017 | 1282.00390 | $ 651.80 |
| 02/09/2017 | | 03/11/2017 | 1282.00391 | $ 5,359.85 |
| 02/09/2017 | | 03/11/2017 | 1282.00392 | $ 9,177.79 |
| 02/10/2017 | | 03/12/2017 | 1282.00393 | $ 100.00 |
| 02/10/2017 | | 03/12/2017 | 1282.00394 | $ 2,525.05 |

| | | | |
|---|---|---|---:|
| 02/10/2017 | 03/12/2017 | 1282.00395 | $ 72.00 |
| 02/11/2017 | 03/13/2017 | 1282.00396 | $ 260.86 |
| 02/11/2017 | 03/13/2017 | 1282.00397 | $ 1,242.17 |
| 02/11/2017 | 03/13/2017 | 1282.00398 | $ 493.03 |
| 02/12/2017 | 03/14/2017 | 1282.00399 | $ 1,217.65 |
| 02/12/2017 | 03/14/2017 | 1282.00400 | $ 35,839.03 |
| 02/12/2017 | 03/14/2017 | 1282.00401 | $ 2,971.83 |
| 02/12/2017 | 03/14/2017 | 1282.00402 | $ 510.00 |
| 02/12/2017 | 03/14/2017 | GSDM.00422 | $ 1,600.00 |
| 02/13/2017 | 03/15/2017 | 1282.00403 | $ 100.00 |
| 02/13/2017 | 03/15/2017 | 1282.00404 | $ 412.00 |
| 02/15/2017 | 03/17/2017 | 1282.00405 | $ 692.94 |
| 02/15/2017 | 03/17/2017 | 1282.00406 | $ 2,736.06 |
| 02/15/2017 | 03/17/2017 | 1282.00408 | $ 740.49 |
| 02/16/2017 | 03/18/2017 | 1282.00409 | $ 453.80 |
| 02/16/2017 | 03/18/2017 | 1282.00410 | $ 1,680.86 |
| 02/17/2017 | 03/19/2017 | 1282.00411 | $ 100.00 |
| 02/17/2017 | 03/19/2017 | 1282.00412 | $ 72.00 |
| 02/17/2017 | 03/19/2017 | 1282.00413 | $ 1,021.00 |
| 02/17/2017 | 03/19/2017 | 1282.00414 | $ 400.00 |
| 02/17/2017 | 03/19/2017 | 1282.00415 | $ 836.07 |
| 02/17/2017 | 03/19/2017 | 1282.00416 | $ 309.61 |
| 02/17/2017 | 03/19/2017 | 1282.00417 | $ 1,900.69 |
| 02/17/2017 | 03/19/2017 | 1282.00418 | $ 2,704.18 |
| 02/17/2017 | 03/19/2017 | 1282.00419 | $ 3,030.34 |
| 02/17/2017 | 03/19/2017 | 1282.00420 | $ 2,219.85 |
| 02/19/2017 | 03/21/2017 | 1282.00421 | $ 4,836.78 |
| 02/22/2017 | 03/24/2017 | 1282.00422 | $ 869.00 |
| 02/22/2017 | 03/24/2017 | 1282.00423 | $ 1,774.08 |
| 02/22/2017 | 03/24/2017 | 1282.00424 | $ 400.00 |
| 02/22/2017 | 03/24/2017 | 1282.00425 | $ 220.00 |
| 02/23/2017 | 03/25/2017 | 1282.00426 | $ 651.80 |
| 02/23/2017 | 03/25/2017 | 1282.00427 | $ 4,648.20 |
| 02/23/2017 | 03/25/2017 | 1282.00428 | $ 795.00 |
| 02/23/2017 | 03/25/2017 | 1282.00429 | $ 4,768.48 |
| 02/24/2017 | 03/26/2017 | 1282.00430 | $ 2,525.05 |
| 02/24/2017 | 03/26/2017 | 1282.00431 | $ 72.00 |
| 02/25/2017 | 03/27/2017 | 1282.00432 | $ 300.00 |
| 02/25/2017 | 03/27/2017 | 1282.00433 | $ 1,849.43 |
| 02/26/2017 | 03/28/2017 | 1282.00434 | $ 5,373.95 |
| 02/26/2017 | 03/28/2017 | 1282.00435 | $ 25,386.34 |
| 02/26/2017 | 03/28/2017 | 1282.00436 | $ 2,927.15 |
| 02/26/2017 | 03/28/2017 | 1282.91446 | $ 4,299.10 |
| 02/28/2017 | 03/30/2017 | 1282.00439 | $ 454.11 |
| 02/28/2017 | 03/30/2017 | 1282.00440 | $ 1,720.00 |
| 03/01/2017 | 03/31/2017 | 1282.00441 | $ 1,749.96 |
| 03/01/2017 | 03/31/2017 | 1282.00443 | $ 13,971.27 |
| 03/01/2017 | 03/31/2017 | 1282.00444 | $ 2,354.50 |
| 03/01/2017 | 03/31/2017 | 1282.00445 | $ 5,304.35 |
| 03/01/2017 | 03/31/2017 | 1282.00446 | $ 2,488.60 |
| 03/01/2017 | 03/31/2017 | 1282.91466-A | $ 21,513.74 |
| 03/02/2017 | 04/01/2017 | 1282.00449 | $ 9,871.26 |

| Date | Date | Invoice | Amount |
|---|---|---|---|
| 03/02/2017 | 04/01/2017 | 1282.91466-B | $ 2,239.00 |
| 03/03/2017 | 04/02/2017 | 1282.00450 | $ 72.00 |
| 03/03/2017 | 04/02/2017 | 1282.00451 | $ 634.67 |
| 03/04/2017 | 04/03/2017 | 1282.00453 | $ 771.09 |
| 03/05/2017 | 04/04/2017 | 1282.00455 | $ 300.00 |
| 03/05/2017 | 04/04/2017 | 1282.00456 | $ 300.00 |
| 03/05/2017 | 04/04/2017 | 1282.00457 | $ 10,509.08 |
| 03/06/2017 | 04/05/2017 | 1282.91466-C | $ 1,810.00 |
| 03/07/2017 | 04/06/2017 | 1282.00461 | $ 2,219.85 |
| 03/08/2017 | 04/07/2017 | 1282.00465 | $ 2,335.25 |
| 03/08/2017 | 04/07/2017 | 1282.00466 | $ 3,979.36 |
| 03/09/2017 | 04/08/2017 | 1282.00469 | $ 4,648.20 |
| 03/09/2017 | 04/08/2017 | 1282.91469 | $ 4,970.70 |
| 03/10/2017 | 04/09/2017 | 1282.00472 | $ 2,212.72 |
| 03/10/2017 | 04/09/2017 | 1282.00473 | $ 820.00 |
| 03/11/2017 | 04/10/2017 | 1282.00474 | $ 493.03 |
| 03/12/2017 | 04/11/2017 | 1282.00475 | $ 1,749.96 |
| 03/12/2017 | 04/11/2017 | 1282.00476 | $ 1,076.64 |
| 03/12/2017 | 04/11/2017 | 1282.00477 | $ 5,137.03 |
| 03/13/2017 | 04/12/2017 | 1282.00478 | $ 412.00 |
| 03/15/2017 | 04/14/2017 | 1282.00479 | $ 6,479.22 |
| 03/15/2017 | 04/14/2017 | 1282.00480 | $ 1,004.35 |
| 03/16/2017 | 04/15/2017 | 1282.00481 | $ 10,383.72 |
| 03/16/2017 | 04/15/2017 | 1282.00482 | $ 3,233.70 |
| 03/17/2017 | 04/16/2017 | 1282.00483 | $ 2,190.33 |
| 03/18/2017 | 04/17/2017 | 1282.00484 | $ 1,908.15 |
| 03/19/2017 | 04/18/2017 | 1282.00485 | $ 31,555.73 |
| 03/20/2017 | 04/19/2017 | 1282.00486 | $ 607.65 |
| 03/21/2017 | 04/20/2017 | 1282.00487 | $ 1,410.52 |
| 03/22/2017 | 04/21/2017 | 1282.00489 | $ 9,996.90 |
| 03/23/2017 | 04/22/2017 | 1282.00490 | $ 1,534.78 |
| 03/23/2017 | 04/22/2017 | 1282.00491 | $ 13,978.93 |
| 03/23/2017 | 04/22/2017 | 1282.00492 | $ 795.00 |
| 03/23/2017 | 04/22/2017 | 1282.00493 | $ 3,233.70 |
| 03/24/2017 | 04/23/2017 | 1282.00495 | $ 217.39 |
| 03/24/2017 | 04/23/2017 | 1282.00496 | $ 3,768.85 |
| 03/27/2017 | 04/26/2017 | 1282.00499 | $ 651.80 |
| 03/28/2017 | 04/27/2017 | 1282.00500 | $ 896.62 |
| 03/28/2017 | 04/27/2017 | 1282.91498 | $ 1,231.53 |
| 03/28/2017 | 04/27/2017 | 1282.91499 | $ 14,217.32 |
| 03/29/2017 | 04/28/2017 | 1282.00501 | $ 5,024.31 |
| 03/30/2017 | 04/29/2017 | 1282.00503 | $ 10,019.56 |

Amount Due $ 465,830.15

| 1 To 30 | 31 To 60 | 61 To 90 | 91 To 120 | Over 120 |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | $465,830.15 |